## Ivan GRAYSON v. STATE.
### No. 21007.

Court of Criminal Appeals of Texas. Feb. 14, 1940.

R. T. Dickson, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

Upon appellant's written request, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.